UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOPURE LABS, LLC,

    Plaintiff,

v.                                              Case No: 8:15-cv-175-T-30TGW

EVE E-LIQUIDS AND OILS,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of June, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record